Same cases below, 634 F.3d 852.

**No. 10-1392. Janice Haagensen, Petitioner v. Supreme Court of Pennsylvania, et al.**

564 U.S. 1020, 131 S. Ct. 3050, 180 L. Ed. 2d 848, 2011 U.S. LEXIS 4703.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 390 Fed. Appx. 94.

**No. 10-1398. Dustin John Busson-Sokolik, et al., Petitioners v. Milwaukee School of Engineering.**

564 U.S. 1020, 131 S. Ct. 3039, 180 L. Ed. 2d 848, 2011 U.S. LEXIS 4722.

**No. 10-1400. Qantas Airways Limited, Petitioner v. UPS Supply Chain Solutions, Inc., fka Menlo Worldwide Forwarding, Inc.**

564 U.S. 1020, 131 S. Ct. 3039, 180 L. Ed. 2d 848, 2011 U.S. LEXIS 4777.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 634 F.3d 1023.

**No. 10-1407. Jason Matthis, Petitioner v. Burl Cain, Warden.**

564 U.S. 1021, 131 S. Ct. 3040, 180 L. Ed. 2d 848, 2011 U.S. LEXIS 4694.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 627 F.3d 1001.

**No. 10-1429. Howard Wampler, Larry C. Shaver, and Lewis P. Colbert, Petitioners v. United States.**

564 U.S. 1021, 131 S. Ct. 3045, 180 L. Ed. 2d 848, 2011 U.S. LEXIS 4589.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 624 F.3d 1330.

**No. 10-5289. David Earl Hughes, Petitioner v. United States.**

564 U.S. 1021, 131 S. Ct. 3018, 180 L. Ed. 2d 848, 2011 U.S. LEXIS 4635.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 602 F.3d 669.

**No. 10-6048. Demetrius S. Partee and Oscar A. Rash, Petitioners v. United States.**

564 U.S. 1021, 131 S. Ct. 3019, 180 L. Ed. 2d 848, 2011 U.S. LEXIS 4613.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 373 Fed. Appx. 602.